IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TUT RUACH, )<br>)<br>Respondent. ) | Civil Action No.  8:12-CV-00249 |

**ORDER TO SHOW CAUSE**

Upon the petition of the United States, and the declarations and summons attached thereto, it is hereby

ORDERED that respondent, Tut Ruach, appear before the District Court of the United States for the District of Nebraska in that branch thereof presided over by the Honorable Cheryl R. Zwart, the undersigned, in the United States Courthouse, Robert V. Denney Federal Building, 593 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 10:00 a.m. on the day of September 18, 2012, at Courtroom 2, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on April 19, 2012.   It is further

ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be personally served on Tut Ruach, by an official of the Internal Revenue Service who is hereby specially appointed for that purpose within thirty (30) days of the date of this Order.   It is further

ORDERED within 5 days of service of copies of this Order, the petition and Exhibits thereto, respondent shall file and serve a written response to the petition. That if respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this 3rd day of August, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
CHERYL R. ZWART
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT