IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TUT RUACH,<br><br>           Defendant. | 8:12CV249<br><br>**AMENDED<br>SHOW CAUSE ORDER** |

AMENDED ORDER TO SHOW CAUSE

Upon the motion of the United States, (filing no. 5), which is hereby granted, and the declarations and summons attached to the government's complaint and supporting index for this case (filing nos. 1 and 2), it is hereby

ORDERED that respondent, Tut Ruach, appear before the District Court of the United States for the District of Nebraska in that branch thereof presided over by the Honorable Cheryl R. Zwart, the undersigned, in the United States Courthouse, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, Courtroom 2, at 10:00 a.m. on October 30, 2012, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on April 19, 2012. It is further

ORDERED that a copy of this Amended Order To Show Cause, together with the IRS Petition and Exhibits thereto, (filing nos. 1 and 2), be personally served on Tut Ruach, by an official of the Internal Revenue Service who is hereby specially appointed for that purpose within forty-five (45) days of the date of this Order. It is further

ORDERED within 5 days of service of copies of this Order, the petition and Exhibits thereto, respondent shall file and serve a written response to the petition. That if respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and

copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

September 4, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge